IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ORMISTON,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, DEPARTMENT OF HEALTH SERVICES, CHARLES TEDDINGTON, ED QUAM, BOARD OF NURSING HOME ADMINISTRATION, CYD RAMIREZ, MITCHELL MILLER, PATRICIA MORRISON, BRENDA KLUTZ, GEORGIA RIVERS,<br><br>    Defendants. | 2:10-cv-00830-GEB-KJN<br><br><u>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(m) NOTICE</u> |

        Plaintiff's Application to Amend Scheduling Order and Continue Pretrial Conference filed on July 12, 2010, reveals this case is not ready to be scheduled.  Therefore, the Status (Pretrial Scheduling) Conference set for July 26, 2010, is continued to September 20, 2010, at 9:00 a.m.  A further joint status report shall be filed no later than (14 days prior).

        Further, Plaintiff is **notified under Rule 4(m) of the Federal Rules of Civil Procedure that Charles Teddington, Ed Quam, Cyd Ramirez, Mitchell Miller, Patricia Morrison, and Georgia Rivers may be dismissed as defendants in this action unless Plaintiff provides proof of service and/or "shows good cause for the failure" to serve within the 120 day**

**period prescribed in that Rule in a filing due no later than 4:00 p.m. on August 6, 2010.**

IT IS SO ORDERED.

Dated:  July 16, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge