IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ORMISTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF CALIFORNIA; DEPARTMENT OF )<br>HEALTH SERVICES; GEORGIA RIVERS; )<br>CHARLES TEDDINGTON; ED QUAM; BOARD )<br>OF NURSING HOME ADMINISTRATION; )<br>CYD RAMIREX; MITCHELL MILLER; )<br>PATRICIA MORRISON; and BRENDA )<br>KLUTZ, )<br>)<br>Defendants. )<br>_____) | 2:10-cv-00830-GEB-KJN<br><br><u>ORDER GRANTING DEFENDANT'S<br>MOTION TO DISMISS</u>[*] |

Defendant California Department of Public Health ("Defendant")[1] moves for dismissal (Docket No. 22) of all claims alleged against it in Plaintiff's complaint. Plaintiff filed a statement of non-opposition to Defendant's dismissal motion, in which Plaintiff "submits that he has no opposition to granting the relief requested by" Defendant. (Statement of Non-Opposition 1:20-22.)

---

[*] This matter is deemed suitable for decision without oral argument. E.D. Cal. R. 230(g).

[1] Defendant states it was erroneously sued as the "State of California, Department of Health Services." (<u>Id.</u> 1:25-26.)

1

1  Defendant's dismissal motion is GRANTED.  Therefore, all claims
2  against Defendant are dismissed, and Defendant is no longer a party in
3  this action.
4  Dated:  August 20, 2010

                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge