IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ORMISTON,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, CHARLES TEDDINGTON, ED QUAM, BOARD OF NURSING HOME ADMINISTRATION, CYD RAMIREZ, MITCHELL MILLER, PATRICIA MORRISON, BRENDA KLUTZ, GEORGIA RIVERS,<br><br>    Defendants.<br>_____ | 2:10-cv-00830-GEB-KJN<br><br><u>ORDER TO SHOW CAUSE AND CONTINUING STATUS (PRETRIAL SCHEDULING)CONFERENCE AND ORDER OF DISMISSAL</u> |

        This case is not ready to be scheduled. A review of the docket reveals that Defendant Charles Teddington has been served with process but has not yet appeared. Therefore, the Status (Pretrial Scheduling) Conference set for September 20, 2010, is continued to December 13, 2010, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to the status conference. Since Plaintiff has failed to apprise the judge what steps he is taking to prosecute the action against Defendant Charles Teddington, he shall explain in the joint status report why this action should not be dismissed as to said Defendant for failure of prosecution.

        Further, Plaintiff was required to respond to an Order filed July 17, 2010, by either filing proof that Defendants Cyd Ramirez, Mitchell Miller, Patricia Morrison, and Georgia Rivers were served with

process or a document showing good cause for Plaintiff's failure to serve these Defendants within the 120-day period prescribed in the Federal Rule of Civil Procedure 4(m) no later than 4:00 p.m. on August 6, 2010. Plaintiff failed to file the required document by this deadline. Plaintiff was warned in the July 17, 2010, Order that failure to make the required showing by the deadline would result in said Defendants being dismissed from this action. Since there has been no response, Defendants Cyd Ramirez, Mitchell Miller, Patricia Morrison, and Georgia Rivers are dismissed from this action without prejudice.

IT IS SO ORDERED.

Dated: September 13, 2010

GARLAND E. BURRELL, JR.
United States District Judge